In re BENSEL et al. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the town of Olive, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York; Ashokan Reservoir, section No. 10. No opinion. Order affirmed, with $10 costs and disbursements.

BERGEN, Respondent, v. WIENER, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Joseph Bergen against Albert Wiener. No opinion. Judgment and order unanimously affirmed, with costs.

BERNADAC v. SCHENCKE PIANO CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Catherine Bernadac, as administratrix, against the Schencke Piano Company. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 134 App. Div. 523, 119 N. Y. Supp. 503; 120 N. Y. Supp. 1147.

In re BESCH. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) In the matter of the application of Joseph Besch for the examination of witnesses in an expected action. No opinion. Order (121 N. Y. Supp. 769) affirmed, with $10 costs and disbursements.

BESS, Appellant, v. F. W. WOOLWORTH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Mary Bess against the F. W. Woolworth Company. No opinion. Judgment affirmed, with costs.

BLANCHARD, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 21, 1910.) Action by Vert H. Blanchard against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Motion denied. See, also, 123 N. Y. Supp. 1106.

HOUGHTON, J., not sitting.

BLIXT, Respondent, v. ELTOMA REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Axel E. Blixt against the Eltoma Realty Company. No opinion. Motion for resettlement granted, without costs. See, also, 122 N. Y. Supp. 861.

BOHMBACH, Respondent, v. ZIELUNIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by John Bohmbach against John Zielunis and another.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

BOND, Respondent, v. ATLANTIC TERRA COTTA CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Alfred H. Bond against the Atlantic Terra Cotta Company and others. G. Sumner, for appellants. J. M. Perry, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on opinion in Bond v. Atlantic Terra Cotta Co., 122 N. Y. Supp. 425, decided April 8, 1910. Order filed. See, also, 123 N. Y. Supp. 1085.

BOND v. ATLANTIC TERRA COTTA CO. et al. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Alfred Bond against the Atlantic Terra Cotta Company and others. No opinion. Motion denied with $10 costs. Order filed. See, also, supra.

BRANDLY, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Albert R. Brandly against the United States Fidelity & Guaranty Company. S. C. Carlton, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRASIE, Appellant, v. KIBLIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by William H. Brasie against Martin Kiblin. No opinion. Order affirmed with $10 costs and disbursements.

BREARLEY SCHOOL, Limited, v. WARD. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by the Brearley School, Limited, against Beverley Ward. No opinion. Application granted. Order signed. See, also, 67 Misc. Rep. 163, 121 N. Y. Supp. 691.

BREARLEY SCHOOL, Limited, v. WARD. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by the Brearley School, Limited, against Beverley Ward. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 123 N. Y. Supp. 614.

BROOKINS, Respondent, v. GOODNOW et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Dora Brookins against Lucius Ti-